SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano Inumerable (SBN 144076)
101 S. Western Ave.,
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
YEONG LEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEONG LEE,<br><br>        Plaintiff,<br><br>    vs.<br><br>CHRISTOPHER M. WADE, AS TRUSTEE OF THE WADE FAMILY TRUST; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 8:26-cv-00816-JWH-DFM**<br><br>STATEMENT RE: ORDER GRANTING APPLICATION FOR STAY AND EARLY MEDIATION |

Plaintiff, YEONG LEE, hereby puts forth Plaintiff's Statement in response to the Court's Order Granting Application for Stay and Early Mediation as follows:

\\

\\

STATEMENT RE: STAY AND EARLY MEDIATION - 1

<u>Specific Conditions on Subject Premises</u>

1.      Defendants failed to provide accessible entrance as the entrance had a barrier that exceeded the maximum height allowed by the Standards.

<u>Itemized List of Damages</u>

1.      Minimum of $4,000.00 in damages as well as reasonable attorney's fees and costs for the specific conditions listed above.

Dated: June 11, 2026            SO. CAL. EQUAL ACCESS GROUP


                                By:    _/s/ *Jason J. Kim*_____
                                       Jason J. Kim, Esq.
                                       Attorneys for Plaintiff

STATEMENT RE: STAY AND EARLY MEDIATION - 2